BUTLER-BUTLER, INCORPORATED, Appellant, *v.* NICHOLAS E. MARCOGLOU, Respondent.

*Butler-Butler, Inc.*, v. *Marcoglou*, 146 App. Div. 940, appeal dismissed.

(Submitted March 18, 1912; decided March 26, 1912.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 27, 1911, which affirmed an order of Special Term denying a motion for an injunction *pendente lite.*

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Frank E. Hipple* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.